THE CITY OF TOPEKA v. D. M. MITCHELL. No. 11,441. (59 Pac. 1114.) Error from court of appeals, northern department. Opinion filed February 10, 1900. *Dismissed.* W. A. S. Bird, and J. D. McFarland, for plaintiff in error. W. R. Hazen, for defendant in error.

ALVERDA B. REESE v. FRANK E. WIKOFF AND HENRY L. WIKOFF, *Partners as Wikoff Bros.* No. 11,470. (59 Pac. 1115.) Error from Nemaha district court. Opinion filed February 10, 1900. *Affirmed.* J. F. Thompson, for plaintiff in error. W. W. Guthrie, and Wells & Wells, for defendants in error.

THE MERGENTHALER LINOTYPE COMPANY v. THE KANSAS STATE PRINTING COMPANY. No. 11,488. (59 Pac. 1066.) Error from Shawnee district court. Opinion filed February 10, 1900. *Affirmed.* Dobbs & Stoker, for plaintiff in error. Welch, Schenck & Welch, for defendant in error.

THEODORE WOLFLEY, *as Administrator, etc.,* v. WILLIAM T. MCKIBBEN. No. 11,492. (59 Pac. 1115.) Error from court of appeals, northern department. Opinion filed February 10, 1900. *Reversed.* S. K. Woodworth, for plaintiff in error. J. E. Taylor, and J. E. Stillwell, for defendant in error.

THE FIRST NATIONAL BANK OF FORT SCOTT, KANSAS, v. ALLAN WHEELER, *as Sheriff of Bourbon County,* AND CHARLES H. ELLIOTT. No. 11,498. (60 Pac. 1131.) Error from Bourbon district court. Opinion filed March 10, 1900. *Affirmed.* Keene & Gates, for plaintiff in error. Pollock & Lafferty, and Ralph Richards, for defendants in error.

D. M. LOWER et al. v. MINNIE L. SCHUMACHER. No. 11,536. SAME v. H. GEPHART. No. 11,537. (60 Pac. 1132.) Error from court of appeals, southern department. Opinion filed March 10, 1900. *Affirmed.* C. F. Hutchings, and N. F. Heitman, for plaintiffs in error. A. L. Redden, and H. W. Schumacher, for defendants in error.

GEORGE T. HUME v. THE FIRST NATIONAL BANK OF NILES, MICHIGAN. No. 11,384. (60 Pac. 1132.) Error from Cowley district court. Opinion filed April 7, 1900. *Affirmed.* Pollock & Lafferty, and Chas. L. Brown, for plaintiff in error. C. T. Atkinson, for defendant in error.

THE CHICAGO ROCK ISLAND & PACIFIC RAILWAY COMPANY v. SAMUEL PALMER. No. 11,393. (60 Pac. 736.) Error from Sumner district court. Opinion filed April 7, 1900. *Reversed.* M. A. Low, and W. F. Evans, for plaintiff in error. James A. Ray, and W. W. Schwinn, for defendant in error.

THE STATE OF KANSAS v. S. P. PETTYS AND JOHN V. PETTYS. No. 11,418. (60 Pac. 735.) Appeal from Rawlins district court. Opinion filed April 7, 1900. *Reversed.* A. A. Godard, attorney-general, Fred Robertson, county attorney, and Tully Scott, for The State. Joseph G. Waters, A. H. Case, Albert Hemming, and Bertram & Wilson, for appellants.

JAMES A. HOUCK v. JOHN H. MEDBERY et al. No. 11,473. (60 Pac. 743.) Error from Reno district court. Opinion filed April 7, 1900. *Dismissed.* George W. Wright, for plaintiff in error. H. Whiteside, and Martin & Roberts, for defendants in error.